**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SARAH MESSAGE,**

    **Plaintiff,**

**v.**                                                          Case No: 6:17-cv-1903-Orl-31TBS

**CUMBERLAND FARMS, INC.,**

    **Defendant.**

## ORDER

This Matter comes before the Court on the Plaintiff's Motion to Remand (Doc. 12), filed November 28, 2017, and the Joint Stipulation (Doc. 13) filed on December 1, 2017. As both parties are in agreement that the amount in controversy in this matter is less than $75,000, the Court agrees with them that a remand to state court is warranted. Accordingly, it is hereby

**ORDERED** that the Motion to Remand (Doc. 12) is **GRANTED**. The case is hereby **REMANDED** to the Eighteenth Judicial Circuit Court in and for Brevard County, Florida. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 4, 2017.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party